# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Cardre Shango JACKSON, Jr.,<br><br>　　　　　　　　　　　　Defendant. | Case No.:  20CR02908-LAB<br><br>**JUDGMENT OF DISMISSAL** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

Dated:  November 29, 2021

_____
Hon. Andrew G. Schopler
United States Magistrate Judge